IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITCHIE WEBB, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|         v. | : | |
| | : | NO. 11-7834 |
| BRISTOL BOROUGH, et al., | : | |
|    Defendants. | : | |

# ORDER

**AND NOW**, this __24th__ day of July 2012, it is **ORDERED** that Defendants' Motions to Dismiss (Doc. No. 31; Doc. No. 32) are **GRANTED** in part and **DENIED** in part:

• Defendant Lebo's motion to dismiss (Doc. No. 31) as to Counts IV-VI (state law claims) is **GRANTED**.

• Defendant Siana's motion to dismiss (Doc. No. 32) as to Counts I and II (Section 1983 claims) is **GRANTED**.

• The remaining claims in Defendants' motions to dismiss (Doc. No 31; Doc. No. 32) are **DENIED without prejudice** to raise the claims again at a later stage of the litigation process.

It is further **ORDERED** that Defendant Gerber's supplemental motion to dismiss (Doc. No. 54) is **DENIED without prejudice**.

                                                                  s/Anita B. Brody

                                            _____
                                              ANITA B. BRODY, J.


Copies **VIA ECF** on _____ to:          Copies **MAILED** on _____ to: